# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2019

*The Court of Appeals hereby passes the following order:*

**A18A1540. ANDREW CLEMENS IKNER v. THE STATE.**

Andrew Clemens Ikner was convicted in the probate court of driving under the influence. Ikner appealed to the superior court, which affirmed by order entered December 18, 2017. Ikner filed a notice of appeal on January 18, 2018. We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Freeman v. State*, 154 Ga. App. 344, 344 (268 SE2d 727) (1980). Because Ikner's notice of appeal was filed 31 days after entry of the trial court's order, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/14/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*